JANUARY 22, 1991

No. 89–954.   MONTEDORO-WHITNEY CORP. *v.* MARSH-MCBIRNEY, INC.   C. A. Fed. Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *FirsTier Mortgage Co.* v. *Investors Mortgage Ins. Co., ante,* p. 269.